UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA R. KROEGER,            )<br>                                                          )<br>           Plaintiff,                           )<br>                                                          )<br>      vs.                                             )     Case No. 4:11CV1862 ERW<br>                                                          )<br>MICHAEL J. ASTRUE,                      )<br>Commissioner of Social Security,   )<br>                                                          )<br>           Defendant.                        )  | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III [ECF No. 14] pursuant to 29 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision to deny benefits will be affirmed.

**Accordingly,**

**IT IS HEREBY ORDERED** that under Sentence Four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Amanda R. Kroeger's application for disability insurance benefits and supplemental security income is **AFFIRMED**. Plaintiff Amanda R. Kroeger's Complaint, ECF No. 1, is **DISMISSED with prejudice**.

Dated this   20th   day of February, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE